

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-15-2011

# USA v. Vincent Fumo

Precedential or Non-Precedential: Precedential

Docket No. 09-3388

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"USA v. Vincent Fumo" (2011). *2011 Decisions.* Paper 426.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/426

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**PRECEDENTIAL**

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 09-3388, 09-3389
_____

UNITED STATES OF AMERICA,

Appellant/Cross-Appellee,

v.

VINCENT J. FUMO,

Appellee/Cross-Appellant.

_____

No. 09-3390
_____

UNITED STATES OF AMERICA,

Appellant,

v.

RUTH ARNAO,

Appellee.

_____


On Appeal from the District Court
for the Eastern District of Pennsylvania
(No. 06-CR-00319)
District Judge: Honorable Ronald L. Buckwalter

Argued May 25, 2011

Before: FUENTES, GARTH, NYGAARD, <u>Circuit Judges</u>

(Opinion Filed:  August 23, 2011)

Zane David Memeger, Esq.
Robert A. Zauzmer, Esq. [ARGUED]
John J. Pease, Esq.
Office of United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

<u>Counsel for Appellant/Cross-Appellee</u>

Samuel J. Buffone, Esq. [ARGUED]
BuckleySandler LLP
1250 24th Street NW, Suite 700
Washington, D.C. 20037

Peter Goldberger, Esq.
50 Rittenhouse Place

Ardmore, PA 19003

Counsel for Appellee/Cross-Appellant Fumo

Patrick J. Egan, Esq. [ARGUED]
Eric E. Reed, Esq.
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103

Counsel for Appellee Arnao

---

ORDER AMENDING OPINION

---

FUENTES, Circuit Judge

        IT IS HEREBY ORDERED that the Opinion filed on August 23, 2011 shall be amended. A new footnote #12 will be inserted on page number 59 at the end of the second paragraph under Section A. The text of the footnote is as follows:

        Arnao also joins in Fumo's arguments opposing the Government's contention that the District Court erred in failing to apply a 2-level sophisticated means enhancement with regard to the Citizens Alliance fraud. Because we find that the District Court abused its discretion in ruling that the

Citizens Alliance fraud did not involve the use of sophisticated means, the same finding of abuse of discretion applies in Arnao's sentence. Accordingly, the 2b1.1(b)(9)(C) additional enhancement of 2 levels applies in the Guideline calculation for Arnao as well as Fumo.

The numbering of all subsequent footnotes shall be adjusted accordingly.

IT IS FURTHER HEREBY ORDERED that the opinion shall be amended to delete the next to last sentence in Section A on page 59 that reads "Because these revised calculations create a loss that is greater than $1,000,000, Arnao will receive a 2-level increase in her base offense level under § 2B1.1(b)(I)" , and replace it with the following sentence:

"Because these revised calculations create a loss that is greater than $1 million, Arnao will receive an additional 2-level increase (thereby totaling 16 levels) in her base offense level under §2B1.1(b)(I)."

By the Court,

/s/ Julio M. Fuentes
Circuit Judge

DATED: September 15, 2011

tmk/cc: Peter Goldberger, Esq.
     Dennis J. Cogan, Esq.
     Samuel J. Buffone, Esq.
     Robert A. Zauzmer, Esq.
     John J. Pease, III, Esq.
     Edwin J. Jacobs, Jr., Esq.
     Stephen F. Funk, Esq.
     Patrick J. Egan, Esq.